

**NUMBER 13-11-00064-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**KEIONDRA TAMIKA ALLEN,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                           **Appellee**.

---

**On appeal from the 329th District Court
of Wharton County, Texas**.

---

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, Keiondra Tamika Allen, attempts to appeal her conviction for aggravated assault. The trial court has certified that "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On February 2, 2011, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On February 5, 2011, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of February, 2011.